1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MARCUS ANTONIO VILLALOBOS,        ) NO. CV 06-03695-CAS (MAN)
                                        )
12                 Petitioner,          )
                                        )
13        v.                            ) JUDGMENT
                                        )
14   SCOTT KERNAN, WARDEN,              )
                                        )
15                 Respondent.          )
     _____)
16

17

18        Pursuant to the Court's Order Adopting Findings, Conclusions, and
     Recommendations of United States Magistrate Judge,
19

20
          IT IS ADJUDGED that this action is dismissed with prejudice.
21

22
     DATED: June 5, 2009
23

24                                      _____
25                                           CHRISTINA A SNYDER
                                        UNITED STATES DISTRICT JUDGE
26

27

28